IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                           Criminal Action No.
                                                                    19-00403-04-CR-W-DGK

MICHAEL A. BALDWIN,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| Count One: | Conspiracy to Distribute Powder Cocaine and Heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 |
| Count Six: | Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Count Seven: | Possession of Powder Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |

**TRIAL COUNSEL**:
    Government: Gregg Coonrod
                      Byron Black
    Case Agent: Wes Lambrights, FBI
    Defendant Baldwin: Jonathan Truesdale

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defense: 1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 30-35 exhibits
    Defense: 5 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial      ( ) Possibly for trial
    ( ) Motion to continue to be filed      ( ) Likely a plea will be worked out

**TRIAL TIME**: **3 days**
    Government's case including jury selection: 2 days
    Defense case: 1 day

**STIPULATIONS**:
    ( x )    not likely
    ( )    not appropriate
    ( )    likely as to:
        ( )    chain of custody
        ( )    chemist's reports
        ( )    prior felony conviction
        ( )    interstate nexus of firearm
        ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: April 18, 2022
Defense: April 18, 2022
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: April 18, 2022
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: April 18, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing May 2, 2022

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge