IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                    Criminal Action No.
                                                           19-00403-04-CR-W-DGK

MICHAEL A. BALDWIN,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One:    Conspiracy to Distribute Powder Cocaine and Heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846
                                      Count Six:    Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
                                      Count Seven:  Possession of Powder Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

**TRIAL COUNSEL**:
      Government: Gregg Coonrod & Byron Black
         Case Agent:   FBI Special Agent Wesley Lambright
      Defendant:   Jonathan Truesdale

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**:    The Government intends to file a motion regarding the use of summary charts and timelines.

**TRIAL WITNESSES**:
      Government:   10 with stipulations; 30 without stipulations
      Defense:   1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
      Government:   72 exhibits
      Defense:   less than 5 exhibits

**DEFENSES**:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial               ( ) Possibly for trial
    ( ) Motion to continue to be filed   ( ) Likely a plea will be worked out

**TRIAL TIME**: **4 days**
    Government's case including jury selection: 3 days
    Defense case: ½ day

**STIPULATIONS**:
    ( ) not likely
    ( ) not appropriate
    ( x ) possible as to:
        ( x ) chain of custody
        ( x ) chemist's reports
        ( ) prior felony conviction
        ( ) interstate nexus of firearm
        ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: May 23, 2022
    Defense: May 23, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: May 23, 2022
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: May 23, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing June 6, 2022

    **Please note**:

*Government counsel has another case on the June docket, USA v. Eddy Malotte, 20-00337-01-CR-W-BP. The Government is available the week of June 21, 2022.*

*Defense counsel has a conflict during the week of June 21, 2022. He has a status conference on June 23, 2022, in USA v. Shawn Fields, 20-04039-01-CR-W-RK.*

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                                     /s/ *Jill A. Morris*
                                                   JILL A. MORRIS
                                                   United States Magistrate Judge